# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Covello, Alfred V. | 2. Court or Organization<br><br>U.S. District Court, CT | 3. Date of Report<br><br>05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>450 Main Street<br>Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William & Alice Mortensen Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 27 A 10: 17 FINANCIAL DISCLOSURE OFFICE

Covello_Alfred_V

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2008 | State of Connecticut Pension | $111,597.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. - | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  RMA Tax Free Money Market | A | Dividend | K | T | | | | | |
| 2.  Bk of New England CH. 7 Bankruptcy (8/2 3/2004) | | None | | | | | | | |
| 3.  HP | A | Dividend | J | T | | | | | |
| 4.  A | A | Dividend | J | T | | | | | |
| 5.  SWK | A | Dividend | J | T | | | | | |
| 6.  MCD | A | Dividend | J | T | | | | | |
| 7.  PEP | A | Dividend | J | T | | | | | |
| 8.  SCI | | None | J | T | | | | | |
| 9.  UBS IRA MMF | B | Dividend | J | T | | | | | |
| 10.  UBS Bank Deposit IRA | A | Int./Div. | J | T | | | | | |
| 11.  Real Estate, Bidderford, ME (1/2 Interest) | C | Rent | M | W | | | | | |
| 12.  Real Estate, Naple FL (1/2 Interest) | D | Rent | O | W | | | | | |
| 13.  Real Estate, Farmington CT | C | Rent | P1 | W | | | | | |
| 14.  Schwab Brokerage #1 | | | | | | | | | |
| 15.  T | A | Dividend | J | T | | | | | |
| 16.  AAPL | | None | | | SELL | 6/27 | J | A | |
| 17.  ABB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ABI | A | Dividend | | | SELL | 5/25 | J | A | |
| 19. ABT | | None | | | Sold | 05/20 | J | A | |
| 20. ADBE | | None | | | Sold | 05/20 | J | A | |
| 21. AMG | A | Dividend | | | Sold | 05/20 | J | A | |
| 22. A | A | Dividend | | | Sold | 05/20 | J | A | |
| 23. APOL | | None | J | T | | | | | |
| 24. BDX | A | Dividend | | | Sold | 05/20 | J | A | |
| 25. BP | A | Dividend | J | T | | | | | |
| 26. BK | A | Dividend | | | Sold | 05/20 | J | A | |
| 27. BRCM | | None | | | Sold | 05/20 | J | A | |
| 28. Schwab Money Market (MMF) | D | Dividend | N | T | | | | | |
| 29. CBE | A | Dividend | | | Sold | 05/20 | J | A | |
| 30. CME | A | Dividend | J | T | | | | | |
| 31. COH | A | Dividend | | | Sold | 05/20 | J | A | |
| 32. CRM | | None | | | Sold | 05/20 | J | A | |
| 33. DNA | | None | | | Sold | 05/20 | J | A | |
| 34. DHR | A | Dividend | | | Sold | 0520 | J | A | . |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFS | A | Dividend | | | Sold | 0520 | J | A | |
| 36. RRD | A | Dividend | | | Sold | 05/20 | J | A | |
| 37. DOV | A | Dividend | J | T | | | | | |
| 38. EBAY | | None | | | Sold | 05/20 | J | A | |
| 39. EL | A | Dividend | J | T | | | | | |
| 40. EMN | A | Dividend | J | T | | | | | |
| 41. EP+C | A | Dividend | J | T | | | | | |
| 42. EDS | A | Dividend | | | Redeemed | 08/27 | J | B | |
| 43. XOM | B | Dividend | K | T | | | | | |
| 44. GME | A | Dividend | | | Sold | 05/20 | J | A | |
| 45. GOOG | | None | J | T | | | | | |
| 46. HPQ | A | Dividend | K | T | | | | | |
| 47. HON | A | Dividend | J | T | | | | | |
| 48. IFF | A | Dividend | | | Sold | 05/20 | J | A | |
| 49. JOYG | A | Dividend | | | Sold | 05/20 | J | B | |
| 50. JCI | A | Dividend | | | Sold | 05/20 | J | A | |
| 51. JDSU | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JNPR | | None | J | T | | | | | |
| 53. JPM | A | Dividend | K | T | | | | | |
| 54. K | A | Dividend | | | Sold | 05/20 | J | A | |
| 55. KFT | A | Dividend | J | T | | | | | |
| 56. KLAC | A | Dividend | | | Sold | 05/20 | J | A | |
| 57. MCK | A | Dividend | | | Sold | 05/20 | J | A | |
| 58. MON | A | Dividend | J | T | | | | | |
| 59. MS | A | Dividend | J | T | | | | | |
| 60. NKE | A | Dividend | J | T | | | | | |
| 61. NOV | A | Dividend | | | Sold | 05/20 | J | B | |
| 62. NVT | A | Dividend | | | Sold | 05/20 | J | B | |
| 63. NTAP | | None | J | T | | | | | |
| 64. NTRS | A | Dividend | J | T | | | | | |
| 65. NVT | A | Dividend | J | T | | | | | |
| 66. NWL | A | Dividend | | | Sold | 05/20 | J | A | |
| 67. NWSA | A | Dividend | | | Sold | 05/20 | J | A | |
| 68. NYX | A | Dividend | | | Sold | 05/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NDVA | | None | | | Sold | 05/20 | J | A | |
| 70. PCG | A | Dividend | | | Sold | 05/20 | J | A | |
| 71. PG | A | Dividend | J | T | | | | | |
| 72. PEP | A | Dividend | | | Sold | 05/20 | J | A | |
| 73. PM | A | Dividend | J | T | | | | | |
| 74. PRE+D | C | Dividend | | | Sold | 05/20 | K | A | |
| 75. PTV | A | Dividend | J | T | | | | | |
| 76. QCOM | A | Dividend | | | Sold | 05/20 | J | A | |
| 77. RTN | A | Dividend | J | T | | | | | |
| 78. RHT | A | Dividend | | | Sold | 05/20 | J | A | |
| 79. RIMM | | None | J | T | | | | | |
| 80. SCHW | A | Dividend | J | T | | | | | |
| 81. SLB | A | Dividend | | | Sold | 05/20 | J | A | |
| 82. SUNW | | None | | | Sold | 05/20 | J | A | |
| 83. SWY | A | Dividend | J | T | | | | | |
| 84. SNA | A | Dividend | J | T | | | | | |
| 85. JAVA | | None | | | Sold | 05/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TM | A | Dividend | | | Sold | 05/20 | J | A | |
| 87. TMO | A | Dividend | J | T | | | | | |
| 88. TWX | A | Dividend | J | T | | | | | |
| 89. VZ | A | Dividend | J | T | | | | | |
| 90. WYE | A | Dividend | | | Sold | 05/20 | J | A | |
| 91. WY | A | Dividend | | | Sold | 05/20 | J | A | |
| 92. WMI | A | Dividend | K | T | | | | | |
| 93. WYNN | A | Dividend | | | Sold | 05/20 | J | A | |
| 94. YUM | A | Dividend | J | T | | | | | |
| 95. XMSR | | None | J | T | | | | | |
| 96. Excelsior Large Cap | B | Int./Div. | | | Sold | 12/16 | K | A | |
| 97. Julius Baer Intl | B | Int./Div. | M | T | | | | | |
| 98. F+S | A | Dividend | J | T | | | | | |
| 99. MA 5.625% ST Port Rev | A | Interest | J | T | | | | | |
| 100. MA 4% GO | C | Interest | | | Redeemed | 05/01 | M | A | |
| 101. MA 5.5% Pt Auth Rev | B | Interest | K | T | | | | | |
| 102. XLP | A | Dividend | J | T | Buy | 5/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VFH | A | Dividend | K | T | Buy | 5/20 | K | | |
| 104. YUM | A | Dividend | K | T | Buy | 5/20 | K | | |
| 105. TRV | A | Dividend | K | T | Buy | 5/20 | K | | |
| 106. PCG | A | Dividend | K | T | Buy | 5/20 | K | | |
| 107. NKE | A | Dividend | J | T | Buy | 5/20 | J | | |
| 108. CT State Gen Rev 4% | B | Interest | L | T | Buy | 5/20 | L | | |
| 109. Stamford CT GO 4% | B | Interest | L | T | Buy | 5/20 | L | | |
| 110. VTI | A | Dividend | L | T | Buy | 12/16 | L | | |
| 111. VHT | A | Dividend | K | T | Buy | 12/16 | K | | |
| 112. VDC | A | Dividend | K | T | Buy | 12/16 | K | | |
| 113. XLE | A | Dividend | K | T | Buy | 12/16 | K | | |
| 114. Schwab Brokerage #2 | | | | | | | | | |
| 115. AIB | A | Dividend | J | T | BUY | 11/13 | J | | |
| 116. Schwab MMF | A | Dividend | K | T | | | | | |
| 117. SZEVY | | None | J | T | Buy | 12/22 | J | | |
| 118. EJPRY | | None | J | T | Buy | 12/22 | J | | |
| 119. ABX | | None | J | T | Buy | 12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CHKP | | None | J | T | Buy | 12/16 | J | | |
| 121.  WSH | | None | J | T | Buy | 12/16 | J | | |
| 122.  NTDOY | | None | J | T | Buy | 12/15 | J | | |
| 123.  UN | | None | J | T | Buy | 12/10 | J | | |
| 124.  ABB | | None | J | T | Buy | 12/05 | J | | |
| 125.  CEO | | None | J | T | Buy | 12/01 | J | | |
| 126.  BAESY | | None | J | T | Buy | 12/01 | J | | |
| 127.  CCH | | None | J | T | Buy | 11/25 | J | | |
| 128.  NVO | | None | J | T | Buy | 11/24 | J | | |
| 129.  TEVA | | None | J | T | Buy | 11/24 | J | | |
| 130.  RDY | | None | J | T | Buy | 11/24 | J | | |
| 131.  LOGI | | None | J | T | Buy | 11/24 | J | | |
| 132.  VE | | None | J | T | Buy | 11/24 | J | | |
| 133.  DOX | A | Dividend | J | T | Buy | 11/24 | J | | |
| 134.  UBS | A | Dividend | J | T | Buy | 11/24 | J | | |
| 135.  RHHBY | A | Dividend | J | T | Buy | 11/24 | J | | |
| 136.  SAN | A | Dividend | J | T | Buy | 11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. TSM | | None | J | T | Buy | 11/10 | J | | |
| 138. CEDC | A | Dividend | J | T | Buy | 11/10 | J | | |
| 139. AHONY | A | Dividend | J | T | Buy | 11/24 | J | | |
| 140. NTDOY | A | Dividend | J | T | Buy | 11/24 | J | | |
| 141. SI | A | Dividend | J | T | Buy | 11/24 | J | | |
| 142. OCPNY | A | Dividend | J | T | Buy | 11/24 | J | | |
| 143. BZLFY | A | Dividend | J | T | Buy | 11/24 | J | | |
| 144. LTTOY | A | Dividend | J | T | Buy | 11/03 | J | | |
| 145. CEDC | A | Dividend | J | T | Buy | 11/03 | J | | |
| 146. OUVEY | A | Dividend | J | T | Buy | 11/04 | J | | |
| 147. ANZBY | A | Dividend | | | Sold | 10/03 | J | A | |
| 148. BBV | A | Dividend | | | Sold | 11/24 | J | A | |
| 149. BNS | A | Dividend | | | Sold | 03/10 | J | A | |
| 150. BCS | A | Dividend | | | Sold | 09/25 | J | A | |
| 151. BNPQY | A | Dividend | | | Sold | 10/29 | J | A | |
| 152. BZLFY | A | Dividend | J | T | | | | | |
| 153. CRH | A | Dividend | | | Sold | 09/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CCJ | A | Dividend | | | Sold | 12/01 | J | A | |
| 155. CNQ | A | Dividend | | | Sold | 03/11 | J | A | |
| 156. CX | A | Dividend | | | Sold | 05/05 | J | A | |
| 157. ABV | A | Dividend | | | Sold | 05/19 | J | A | |
| 158. CTTAY | A | Dividend | | | Sold | 09/25 | J | A | |
| 159. CJR | A | Dividend | | | Sold | 09/11 | J | A | |
| 160. DNSKY | A | Dividend | | | Sold | 07/16 | J | A | |
| 161. RDY | A | Dividend | J | T | | | | | |
| 162. EXPGY | A | Dividend | J | T | | | | | |
| 163. FORSY | A | Dividend | | | Sold | 07/24 | J | A | |
| 164. FMS | A | Dividend | J | T | | | | | |
| 165. GSK | A | Dividend | | | Sold | 10/13 | J | A | |
| 166. TV | A | Dividend | J | T | | | | | |
| 167. HREHY | A | Dividend | | | Sold | 09/30 | J | A | |
| 168. IRE | A | Dividend | | | Sold | 09/16 | J | A | |
| 169. KB | A | Dividend | | | Sold | 05/07 | J | A | |
| 170. LYG | A | Dividend | | | Sold | 09/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. LUKOY | A | Dividend | | | Sold | 11/21 | J | A | |
| 172. NSRGY | A | Dividend | | | Sold | 07/03 | J | A | |
| 173. NJ | A | Dividend | J | T | | | | | |
| 174. NTDOY | A | Dividend | J | T | | | | | |
| 175. NSANY | A | Dividend | | | Sold | 07/17 | J | A | |
| 176. NMR | A | Dividend | | | Sold | 11/24 | J | A | |
| 177. NVS | A | Dividend | | | Sold | 10/13 | J | A | |
| 178. IX | A | Dividend | | | Sold | 11/26 | J | A | |
| 179. PBR | A | Dividend | | | Sold | 11/24 | J | A | |
| 180. PUBGY | A | Dividend | | | Sold | 11/25 | J | A | |
| 181. SAP | A | Dividend | | | Sold | 12/10 | J | A | |
| 182. SNE | A | Dividend | | | Sold | 11/24 | J | A | |
| 183. SXC | A | Dividend | J | T | | | | | |
| 184. SMMLY | A | Dividend | | | Sold | 09/17 | J | A | |
| 185. SWCEY | A | Dividend | J | T | | | | | |
| 186. TDK | A | Dividend | | | Sold | 11/24 | J | A | |
| 187. TLM | A | Dividend | | | Sold | 11/24 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. TEF | A | Dividend | J | T | | | | | |
| 189. TS | A | Dividend | | | Sold | 10/13 | J | A | |
| 190. TSCDY | A | Dividend | J | T | | | | | |
| 191. Schwab Brokerage #3 | | | | | | | | | |
| 192. Schwab MMF | A | Dividend | | | Merged (with line 28) | 12/18 | J | A | |
| 193. ANF | A | Dividend | | | Sold | 10/14 | J | A | |
| 194. ACM | A | Dividend | | | Sold | 12/17 | J | A | |
| 195. AMG | A | Dividend | | | Sold | 12/17 | J | A | |
| 196. AAI | A | Dividend | | | Sold | 12/17 | J | A | |
| 197. AME | A | Dividend | | | Sold | 12/17 | J | A | |
| 198. ANSS | A | Dividend | | | Sold | 10/30 | J | A | |
| 199. ATHR | A | Dividend | | | Sold | 12/17 | J | A | |
| 200. BEAV | A | Dividend | | | Sold | 12/17 | J | A | |
| 201. BYI | A | Dividend | | | Sold | 12/17 | J | A | |
| 202. BUCY | A | Dividend | | | Sold | 12/17 | J | A | |
| 203. CAM | A | Dividend | | | Sold | 12/17 | J | A | |
| 204. CRZO | A | Dividend | | | Sold | 12/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. CEDC | A | Dividend | | | Sold | 11/26 | J | A | |
| 206. CYH | A | Dividend | | | Sold | 12/17 | J | A | |
| 207. CXO | A | Dividend | | | Sold | 06/25 | J | A | |
| 208. CNQR | A | Dividend | | | Sold | 12/17 | J | A | |
| 209. CTRP | A | Dividend | | | Sold | 05/14 | J | A | |
| 210. CY | A | Dividend | | | Sold | 10/01 | J | A | |
| 211. TRAK | A | Dividend | | | Sold | 12/17 | J | A | |
| 212. DLB | A | Dividend | | | Sold | 12/17 | J | A | |
| 213. FCN | A | Dividend | | | Sold | 06/12 | J | A | |
| 214. FMR | A | Dividend | | | Sold | 12/17 | J | A | |
| 215. FMBI | A | Dividend | | | Sold | 06/20 | J | A | |
| 216. FMCN | A | Dividend | | | Sold | 06/12 | J | A | |
| 217. FDRY | A | Dividend | | | Sold | 09/11 | J | A | |
| 218. GME | A | Dividend | | | Sold | 02/11 | J | A | |
| 219. GEO | A | Dividend | | | Sold | 12/17 | J | A | |
| 220. GRP | A | Dividend | | | Sold | 04/22 | J | A | |
| 221. GHL | A | Dividend | | | Sold | 04/21 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  HAIN | A | Dividend | | | Sold | 12/17 | J | A | |
| 223.  HOLX | A | Dividend | | | Sold | 12/17 | J | A | |
| 224.  IHS | A | Dividend | | | Sold | 12/17 | J | A | |
| 225.  ICON | A | Dividend | | | Sold | 12/17 | J | A | |
| 226.  ILMN | A | Dividend | | | Sold | 08/01 | J | A | |
| 227.  IMCL | A | Dividend | | | Sold | 09/11 | J | A | |
| 228.  ICE | A | Dividend | | | Sold | 04/21 | J | A | |
| 229.  ISRG | A | Dividend | | | Sold | 02/11 | J | A | |
| 230.  LTM | A | Dividend | | | Sold | 12/17 | J | A | |
| 231.  LKQX | A | Dividend | | | Sold | 02/29 | J | A | |
| 232.  MTW | A | Dividend | | | Sold | 06/25 | J | A | |
| 233.  MLNX | A | Dividend | | | Sold | 12/17 | J | A | |
| 234.  NVT | A | Dividend | | | Sold | 12/17 | J | A | |
| 235.  NSR | A | Dividend | | | Sold | 01/23 | J | A | |
| 236.  NICE | A | Dividend | | | Sold | 10/30 | J | A | |
| 237.  PRXL | A | Dividend | | | Sold | 12/17 | J | A | |
| 238.  PVH | A | Dividend | | | Sold | 12/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. PLCM | A | Dividend | | | Sold | 10/30 | J | A | |
| 240. PCLN | A | Dividend | | | Sold | 12/17 | J | A | |
| 241. RRC | A | Dividend | | | Sold | 12/17 | J | A | |
| 242. ROP | A | Dividend | | | Sold | 12/17 | J | A | |
| 243. SBAC | A | Dividend | | | Sold | 12/17 | J | A | |
| 244. SINT | A | Dividend | | | Sold | 12/17 | J | A | |
| 245. SBNY | A | Dividend | | | Sold | 12/17 | J | A | |
| 246. SLGN | A | Dividend | | | Sold | 12/17 | J | A | |
| 247. SLH | A | Dividend | | | Sold | 12/17 | J | A | |
| 248. SONS | A | Dividend | | | Sold | 10/01 | J | A | |
| 249. SPWR | A | Dividend | | | Sold | 06/12 | J | A | |
| 250. SNCR | A | Dividend | | | Sold | 05/28 | J | A | |
| 251. TEN | A | Dividend | | | Sold | 06/25 | J | A | |
| 252. THOR | A | Dividend | | | Sold | 10/02 | J | A | |
| 253. URS | A | Dividend | | | Sold | 03/28 | J | A | |
| 254. UTHR | A | Dividend | | | Sold | 09/11 | J | A | |
| 255. URBN | A | Dividend | | | Sold | 10/01 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. VSEA | A | Dividend | | | Sold | 05/28 | J | A | |
| 257. PAY | A | Dividend | | | Sold | 12/17 | J | A | |
| 258. WXS | A | Dividend | | | Sold | 12/17 | J | A | |
| 259. ZOLT | A | Dividend | | | Sold | 05/28 | J | A | |
| 260. Schwab Brokerage #4 | | | | | | | | | |
| 261. Schwab MMF | A | Dividend | | | Merged (with line 28) | 12/18 | J | A | |
| 262. ACE | A | Dividend | | | Sold | 12/18 | J | A | |
| 263. AMX | A | Dividend | | | Sold | 12/18 | J | A | |
| 264. AZO | A | Dividend | | | Sold | 12/18 | J | A | |
| 265. BAX | A | Dividend | | | Sold | 12/18 | J | A | |
| 266. BDK | A | Dividend | | | Sold | 12/18 | J | A | |
| 267. CG | A | Dividend | | | Sold | 12/18 | J | A | |
| 268. CBS | A | Dividend | | | Sold | 12/18 | J | A | |
| 269. CE | A | Dividend | | | Sold | 12/18 | J | A | |
| 270. CIT | A | Dividend | | | Sold | 06/09 | J | A | |
| 271. CNX | A | Dividend | | | Sold | 11/18 | J | A | |
| 272. COP | A | Dividend | | | Sold | 12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. CTX | A | Dividend | | | Sold | 04/09 | J | A | |
| 274. FCX | A | Dividend | | | Sold | 5/18 | J | A | |
| 275. DISH | A | Dividend | | | Sold | 04/09 | J | A | |
| 276. DVN | A | Dividend | | | Sold | 12/18 | J | A | |
| 277. ERJ | A | Dividend | | | Sold | 12/18 | J | A | |
| 278. ETFC | A | Dividend | | | Sold | 12/18 | J | A | |
| 279. F+S | A | Dividend | | | Sold | 7/12 | J | A | |
| 280. HERO | A | Dividend | | | Sold | 12/18 | J | A | |
| 281. HRS | A | Dividend | | | Sold | 12/18 | J | A | |
| 282. JPM | A | Dividend | | | Sold | 12/18 | J | A | |
| 283. KMT | A | Dividend | | | Sold | 12/18 | J | A | |
| 284. LEH | A | Dividend | | | Sold | 09/17 | J | A | |
| 285. MS | A | Dividend | | | Sold | 12/18 | J | A | |
| 286. NOK | A | Dividend | | | Sold | 12/18 | J | A | |
| 287. NWL | A | Dividend | | | Sold | 12/18 | J | A | |
| 288. PBR | A | Dividend | | | Sold | 01/04 | J | A | |
| 289. RRR | A | Dividend | | | Sold | 11/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. SLT | A | Dividend | | | Sold | 7/12 | J | A | |
| 291. TJX | A | Dividend | | | Sold | 12/18 | J | A | |
| 292. TYC | A | Dividend | | | Sold | 12/18 | J | A | |
| 293. URI | A | Dividend | | | Sold | 06/10 | J | A | |
| 294. Schwab Brokerage #5 | | | | | | | | | |
| 295. Schwab MMF | A | Dividend | J | T | | | | | |
| 296. CT GO 3.5% | A | Interest | K | T | Buy | 06/05 | K | | |
| 297. CT GO 3.5% | A | Interest | | | Sold | 10/31 | K | A | |
| 298. Pinal County AZ 5% | A | Interest | M | T | Buy | 09/10 | M | | |
| 299. Pinal County AZ 5% | A | Interest | | | Sold | 12/03 | M | A | |
| 300. NY City 5.25% GO | D | Interest | L | T | | | | | |
| 301. Puerto Rico 5.5% GO | B | Interest | | | Sold | 08/01 | K | A | |
| 302. Louisiana ST Correc 5% | B | Interest | K | T | | | | | |
| 303. CT St 5% GO | B | Interest | K | T | | | | | |
| 304. Midland TX 5% GO | B | Interest | K | T | | | | | |
| 305. Sprague CT 5% GO | C | Interest | | | Sold | 06/19 | M | A | |
| 306. Vernon CT 4% GO | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Citizens PPty Fl Rev 5% | C | Interest | M | T | | | | | |
| 308. Miss. Hosp Rev 5% | C | Interest | | | Sold | 08/15 | L | A | |
| 309. Reagan Cty TX 4% GO | C | Interest | M | T | | | | | |
| 310. Utah Wtr Auth Rev 5% | C | Interest | M | T | | | | | |
| 311. Magnolia TX 5% GO | C | Interest | M | T | | | | | |
| 312. Greene Cnty 5% GO | C | Interest | | | Sold | 11/17 | L | A | |
| 313. NY State Dorm 5% | C | Interest | M | T | Buy | 07/02 | M | | |
| 314. Northside TX 3.5%GO | A | Interest | M | T | Buy | 12/04 | M | | |
| 315. Mass. State Health 5% | A | Interest | M | T | Buy | 12/15 | M | | |
| 316. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Covello, Alfred V. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544